Nancy Curry
Chapter 13 Trustee
606 S. Olive Street, Suite 950
Los Angeles, CA  90014
(213) 689-3014   FAX (213) 689-3055

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | ) Case No.: 2:08-bk-11653-VK |
| Mattina, David A. | ) TRUSTEE'S NOTICE OF<br>) UNCLAIMED DIVIDEND<br>) (Bankruptcy Rule 3011) |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. 619818 in the sum of $7.65 representing the total amount of unclaimed dividend in the above-entitled debtor's estate.  The check was not deliverable at the address of record.  The Trustee, after due diligence, has not been able to locate the payee.  Said sum is paid over to you pursuant to Bankruptcy Rule 3011.  The record reflects the name and address of the party entitled to said unclaimed dividend to be:

Mattina, David A.
754 W. 12th Street
San Pedro, CA  90731

Date:  03/09/10

NANCY CURRY

Nancy Curry Chapter 13 Trustee                                    Check No. 619818

Pay to: 50095000 U.S. BANKRUPCTY COURT

Please notify us of any changes to your claim (e.g. account number, address, claim assignment)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 0718414-VK | 999-0 | DENNY, CLIFFORD PAUL | | 0.00 | 7.12 | 0.00 | 7.12 |
| 0811653-VK | 999-0 | MATTINA, DAVID A. | | 0.00 | 7.65 | 0.00 | 7.65 |
| 0812791-VK | 999-0 | RECTOR, SEAN ALLEN | | 0.00 | 9.03 | 0.00 | 9.03 |

---

**Nancy Curry**
**Chapter 13 Trustee**
606 S. Olive ST., Suite 950
Los Angeles, CA. 90014

Disbursement Account
Suntrust Bank

64-75 / 611

No. 619818

February 26, 2010

PAY: Twenty Three Dollars and 80 Cents

TO THE ORDER OF:

AMOUNT *****$23.80*****

U.S. BANKRUPCTY COURT
FISCAL DEPT.
255 E. TEMPLE ST., RM 1067
LOS ANGELES, CA. 90012

VOID AFTER May 27, 2010

*Nancy Curry* (signature)

⑈619818⑈ ⑆061100790⑆ 000000575200 ⑈